AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

## WESTERN DISTRICT OF NEW YORK

Buffalo Fire Department Federal
Credit Union,

            v.

CUNA Mutual Insurance Society
a/k/a CUNA Mutual Group and
CUMIS Insurance Society, Inc.

**JUDGMENT IN A CIVIL CASE**
CASE NUMBER: 1:10-CV-123S

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have
been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues
have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the Magistrate Judge's Report,

Recommendation and Order is Accepted.  Further, the Plaintiff's Objections are Denied and

Defendants' Motion to Dismiss (converted to a Motion for Summary Judgment ) is Granted.

Date: 4/29/2011

MICHAEL J. ROEMER, CLERK

By: s/Colleen M. Demma
     Deputy Clerk